# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCHIE CRANFORD,<br><br>               Plaintiff,<br><br>   v.<br><br>TINA M. ADAMS, et al.,<br><br>               Defendants. | 1:16-cv-00783-GSA-PC<br><br>**ORDER DENYING MOTION TO SEAL EXHIBITS AS MOOT**<br>**(ECF No. 20.)** |

    Archie Cranford ("Plaintiff") is a civil detainee proceeding pro se and in forma pauperis with this civil rights action pursuant to 42 U.S.C. § 1983. This case now proceeds with Plaintiff's original Complaint, filed on June 6, 2016, against Dunu Eyiuche (RN) ("Defendant") for violation of equal protection under the Fourteenth Amendment. (ECF No. 1.)

    On October 18, 2017, Defendant filed a motion for summary judgment. (ECF No. 19.) Also on October 18, 2017, Defendant filed an ex parte motion to seal exhibits in support of the motion for summary judgment. (ECF No. 20.) On October 25, 2017, Defendant filed an amended motion for summary judgment. (ECF No. 22.) The filing of the amended motion for summary judgment renders Defendant's ex parte motion to seal exhibits moot. Therefore, the court shall deny the motion to seal exhibits as moot. If Defendant seeks to seal exhibits

supporting the amended motion for summary judgment, Defendant must file a new motion to seal exhibits based on the amended motion for summary judgment.

Accordingly, based on the foregoing, IT IS HEREBY ORDERED that Defendant's ex parte motion to seal exhibits, filed on October 18, 2017, is DENIED as moot.

IT IS SO ORDERED.

    Dated: __**October 27, 2017**__          _____**/s/ Gary S. Austin**_____
                                                            UNITED STATES MAGISTRATE JUDGE